James L. Pocrass, (State Bar No.: 58033)
Jeffrey D. Wolf (State Bar No.: 204548)
Jonathan E. Howell (State Bar No.: 251576)
POCRASS, HEIMANSON & WOLF LLP
1925 Century Park East, Suite 1360
Los Angeles, California 90067
Telephone: (310) 550-9050
Facsimile: (310) 550-9051

Attorneys for Movant
BEATRIX GORELICK

FILED

MAR 10 2009

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: CENTURY CITY DOCTORS HOSPITAL, LLC<br><br>Debtor. | CHAPTER 7<br><br>CASE NO.: 2:08-BK-23318-SB<br><br>CONTINUATION PAGE OF DECLARATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (BEATRIX GORELICK);<br><br>Date: April 17, 2009<br>Time: 9:30<br>Room: 1575 |

## CONTINUATION OF DECLARATION OF JONATHAN E. HOWELL

I, Jonathan E. Howell, declare and state that the following facts are personally known to me, that I have first hand knowledge of the same, and that if called as a witness, I could and would competently testify as follows:

1. I am an attorney duly licensed to practice law in all Courts of the State of California and an associate at Pocrass, Heimanson & Wolf, attorneys of record for Movant Beatrix Gorelick (hereafter Movant).

2. The Movant seeks modification of the automatic stay to the extent necessary to

1

permit the Movant to commence a personal injury action in a non-bankruptcy forum. The action arises from Beatrix Gorelick's injuries suffered due to Century City Doctors Hospital, LLC's negligence and pursuant to a premises liability theory.

3. A true and correct copy of the proposed complaint is attached as Exhibit "1".

4. Prior to the bankruptcy, the Movant had filed a claim for injuries with Century City Doctors Hospital, LLC. An insurance claims adjuster, Matt Gilmore disclosed to me that Century City Doctors Hospital is insured through Steadfast Ins. Co., policy number HPC 926 1820, and the claim number for this incident is 9410251991-001. He also disclosed that the policy limits are $3,000,000.00 in the aggregate and $1,000,000.00 for each personal injury incident. However, based on an instruction from the trustee, he would not disclose any further information regarding insurance coverage.

5. On March 3, 2009, I spoke with counsel for the debtor, Jeffrey Costell, who declined to disclose any insurance information and instructed him to call the trustee. That same day, I left a voicemail for the trustee regarding the insurance policy coverage information. To date, my office has not had received any response from the trustee. Attached as Exhibit "2" is a true and correct copy of a letter sent to both the trustee and debtor regarding insurance coverage issues.

6. On September 23, 2008, Curtis Holmes II, an attorney representing Century City Doctors Hospital filed a declaration in this bankruptcy case regarding the insurance for Century City Doctors Hospital. A request for judicial notice regarding this declaration is filed concurrently with this motion. Mr. Holmes' declaration includes a true and correct copy of a declaration page of the Zurich Policy through Steadfast Insurance Company, policy number HPC 926 1820, in effect for this present personal injury claim. According to the declaration page, the Commercial General Liability policy limits are $3,000,000.00 in the aggregate and $1,000,000.00 for each personal injury incident.

//

7. Based on the foregoing and unless the debtor and trustee dispute the existence of insurance coverage for the present claim, the Movant requests an order from the court for relief from the stay permitting the Movant to proceed to judgment for the above noted personal injury action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 9, 2009, at Los Angeles, California.

JONATHAN E. HOWELL

3

CONTINUATION PAGE TO DECLARATION RE MOTION TO LIFT STAY

# EXHIBIT "1"

James L. Pocrass, (State Bar No.: 58033)
Jeffrey D. Wolf (State Bar No.: 204548)
POCRASS, HEIMANSON & WOLF LLP
1925 Century Park East, Suite 1360
Los Angeles, California 90067
Telephone: (310) 550-9050
Facsimile: (310) 550-9051

Attorneys for Plaintiff
BEATRIX GORELICK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, DISTRICT

| | |
|---|---|
| BEATRIX GORELICK, | Case No. |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| vs. | 1) **Negligence** |
| CENTURY CITY DOCTORS HOSPITAL, and DOES 1-25, Inclusive, | 2) **Premises Liability** |
| Defendants. | |

### FIRST CAUSE OF ACTION

(For Negligence against Defendant CENTURY CITY DOCTORS HOSPITAL,

and DOES 1 through 50, Inclusive)

FOR A FIRST CAUSE OF ACTION against the Defendant, and each of them, Plaintiff alleges as follows:

1. The true names or capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of DOES 1 through 50, Inclusive, are unknown to Plaintiff Betty Gorelick who therefore sues said Defendants by such fictitious names. The full extent of the facts linking said fictitiously designated defendants with the cause of action alleged herein is unknown to plaintiff. Plaintiff is informed and believes, and thereupon alleges, that each of the

1

Defendants designated herein negligently, carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly, wrongfully and legally responsible in some manner for the events and happenings hereinafter referred to, and thereby negligently, carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly, wrongfully, legally, and proximately caused the injuries alleged herein. Plaintiff will hereafter ask leave of court to amend this complaint to show said Defendants' true names and capacities after the same have been ascertained.

2. At all times relevant hereto, Plaintiff BETTY GORELICK was and now is a resident of Los Angeles County, State of California.

3. Plaintiff is informed and believes that Defendant CENTURY CITY DOCTORS HOSPITAL is a hospital located at 2080 Century Park East, Los Angeles, California.

4. At all times herein mentioned, Defendants CENTURY CITY DOCTORS HOSPITAL and DOES 1 through 50, Inclusive, and each of them, owned, leased, rented, possessed, designed, modified, constructed, maintained, operated, supervised, managed, entrusted, inspected, serviced, repaired and controlled certain premises, which Plaintiff is informed and believes to be known as 2080 Century Park East, Los Angeles, California.

5. At the time and place of the events relevant hereto, the Defendants, and each of them, were members of and engaged in a joint venture or common enterprise.

6. On or about November 12, 2007, Plaintiff BETTY GORELICK was lawfully present on or within the aforementioned premises.

7. On or about November 12, 2007, Defendants CENTURY CITY DOCTORS HOSPITAL and DOES 1 through 50, and each of them, did so negligently, carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly and wrongfully owned, possessed, designed, constructed, maintained, operated, supervised, managed, entrusted, inspected, serviced, repaired

2

COMPLAINT FOR DAMAGES

and controlled said premises as to cause, permit and allow the same to be in a dangerous, hazardous, unlawful, unsafe and defective condition, thereby proximately and legally causing Plaintiff to slip and fall on wet concrete or similar substance, thereby proximately causing the injuries and damages to Plaintiff.

8. Each said negligent, careless, reckless, unskillful, unlawful, tortious, wanton and wrongful act and omission of each said Defendant concurred with each said negligent, careless, reckless, unskillful, unlawful, tortious, wanton and wrongful act and omission of each and all of the other Defendants as a proximate cause of said accident to Plaintiff, and the subsequent injuries to Plaintiff. Plaintiff was injured about his body and its members and was rendered sick, sore, lame and disabled and was injured in his health, strength, and activity a portion of said injuries being permanent. All of Plaintiff's injuries cause and continue to cause Plaintiff great mental, physical and emotional pain, suffering, worry and anxiety.

## SECOND CAUSE OF ACTION

(For Premises Liability Negligence as Against Defendants

CENTURY CITY DOCTORS HOSPITAL, and Does 1 through 50, inclusive. )

FOR A SECOND CAUSE OF ACTION against the Defendants and each of them, Plaintiff alleges as follows:

9. Plaintiff refers to paragraphs 1 through 8 of this Complaint and by reference makes them a part hereof.

10. At said time and place and for a period of time prior thereto, Defendants CENTURY CITY DOCTORS HOSPITAL, and/or DOES 1 through 50, Inclusive, and each of them, so negligently, carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly and wrongfully owned, leased, rented, possessed, designed, constructed, modified, maintained,

3

COMPLAINT FOR DAMAGES

operated, supervised, managed, entrusted, inspected, serviced, repaired and controlled the premises known as 2080 Century Park East, Los Angeles, California, so as to cause, permit and allow the same to be in a dangerous, hazardous, unlawful, unsafe and defective condition, thereby proximately causing the Plaintiff to slip and fall on wet cement or similar substance on or about November 12, 2007, causing the injuries and damaged mentioned herein.

**WHEREFORE**, Plaintiff prays for judgment against Defendants, and each of them, for:

1. General and special damages according to proof;
2. Costs of suit;
3. Pre-judgment interest pursuant to Civil Code Section 3288; and
4. Such other and further relief as this Court may deem just and proper.

Dated: March     , 2009                POCRASS, HEIMANSON & WOLF LLP

By:_____
JEFFREY D. WOLF
Attorneys for Plaintiff
BETTY GORELICK

4

COMPLAINT FOR DAMAGES

# EXHIBIT "2"

# POCRASS, HEIMANSON & WOLF, LLP

Attorneys

1925 Century Park East
Suite 1360
Los Angeles, California 90067

tel: 310.550.9050
fax: 310.550.9051
web: www.phwlaw.com

March 9, 2009

**VIA US MAIL**

Jeffrey Lee Costell
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401

Richard K. Diamond
DANNING, GILL, DIAMOND & KOLLITZ
2029 Century Park East
3rd Floor
Los Angeles, California 90067

RE: Century City Doctors Hospital Bankruptcy, Motion to Lift Stay
Bankruptcy Petition #: 2:08-bk-23318-SB

Dear Messrs. Costell and Diamond:

We represent Beatrix Gorelick with respect to her personal injury claims against Century City Doctors Hospital.

Please find enclosed a motion to lift the stay and proceed against Century City Doctors Hospital's insurance based on the information provided by Zurich representative Matt Gilmore. Mr. Gilmore disclosed the policy number (HPC 926 1820) and policy limits (3 million/1million). However, on instruction from the trustee, he refused to disclose if any coverage issues exist. I have attempted to contact each of you telephonically to rescind the instruction and confirm coverage for this matter. Mr. Costell refused to provide any information regarding insurance and Mr. Diamond has not responded. Accordingly, we will assume that there are no issues of coverage if the carrier fails to raise any such issues prior to the hearing of the attached motion.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jonathan E. Howell

CC: Matt Gilmore, Zurich Insurance

| | |
|---|---|
| 1 | **Proof of Service** |
| 2 | [C.C.P. Sections 1013a and 2015.5] |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1925 Century Park East, Suite 1360, Los Angeles, California 90067.

On March 10, 2009, I served the document(s) entitled, **CONTINUATION PAGE OF DECLARATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (BEATRIX GORELICK)**, on the interested parties in this action, by placing true copies thereof in sealed envelopes addressed as follows:

### PLEASE SEE ATTACHED SERVICE LIST

[X] BY MAIL: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited within the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[ ] BY FACSIMILE: From facsimile number 310-550-9051, I caused each document to be transmitted by facsimile machine, to the parties and numbers indicated above, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 1008(e)(4), I caused the machine to print a record of the transmission, a copy of which is attached hereto.

[ ] BY FEDEX: On the above-mentioned date, I placed a true copy of the above-mentioned document(s), together with an unsigned copy of this declaration, in a sealed envelope or package designated by Federal Express, with delivery fees paid or provided for, addressed to the person(s) as indicated above, and deposited same in a box or other facility regularly maintained by Federal Express to receive documents.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on March 10, 2009 at Los Angeles, California.

_____
Elvira R. de la Rosa

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | In re Century City Doctors Hospital |
| | *Bankruptcy Petition #: 2:08-bk-23318-SB* |
| 3 | |

Richard K. Diamond
Danning, Gill, Diamond & Kolitz
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067
Tel.: (310) 201-2482
*Trustee*

John N. Tedford
Danning Gill Diamond & Kolitz
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067
Tel. (310) 277-0077
Email: HKollitz@DGDK.Com
*Counsel for Trustee*

Jeffrey Lee Costell
1299 Ocean Avenue, Suite 400
Santa Monica, CA 90401-1007
Tel. (310) 458-5959
Email: jlcostell@costell-law.com
*Counsel for Debtor*

Grobstein Horwatch & Company
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403
*Counsel for Trustee*

Century City Doctors Hospital, LLC
2070 Century Park East
Los Angeles, CA 90067
*Debtor*

United States Trustee
Office of the United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

PROOF OF SERVICE