James L. Pocrass, (State Bar No.: 58033)
Jeffrey D. Wolf (State Bar No.: 204548)
Jonathan E. Howell (State Bar No.: 251576)
POCRASS, HEIMANSON & WOLF LLP
1925 Century Park East, Suite 1360
Los Angeles, California 90067
Telephone: (310) 550-9050
Facsimile: (310) 550-9051

Attorneys for Movant
BEATRIX GORELICK

FILED
MAR 10 2009

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: CENTURY CITY DOCTORS HOSPITAL, LLC<br><br>Debtor. | CHAPTER 7<br><br>**CASE NO.: 2:08-BK-23318-SB**<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (BEATRIX GORELICK)<br><br>Date: April 17, 2009<br>Time: 9:30<br>Room: 1575 |

### REQUEST FOR JUDICIAL NOTICE

Jonathan E. Howell, associate at Pocrass, Heimanson & Wolf, the attorneys of record for Movant, Beatrix Gorelick, requests that the Court take judicial notice of the following facts:

//
//
//
//
//

1

FREDRICK M. BORGES, Bar No.: 158586
JOHN E. WEST, Bar No.: 89809
CURTIS C. HOLMES II, Bar No.: 128754
**BEAM, BROBECK, WEST, BORGES & ROSA LLP**
600 West Santa Ana Boulevard
Suite 1000
Santa Ana, California 92701-4586
Telephone: (714) 558-3944
Facsimile: (714) 568-0129

Attorneys for Defendant
Century City Doctors Hospital
in LASC No. SC096214

FILED
SEP 23 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

CENTURY CITY DOCTORS HOSPITAL

Debtor(s).

Chapter: 7

CASE NO. 2:08-23318 SB

**DECLARATION OF CURTIS C. HOLMES II REGARDING INSURANCE**

Date: October 7, 2008
Time: 9:30 a.m.
Ctrm: 1575

I, Curtis C. Holmes II, declare and state that the following facts are personally known to me, that I have first hand knowledge of the same, and that if called as a witness, I could and would competently testify as follows:

1. I am an attorney at law duly licensed to practice as such in the State of California and am an associate in the law firm of Beam, Brobeck, West, Borges & Rosa, attorneys of record for defendant, CENTURY CITY DOCTORS HOSPITAL.

2. I am one of the attorneys primarily handling the *Miller* case, (LASC case no. SC096214) on behalf of defendant, CENTURY CITY DOCTORS HOSPITAL.

///

///

1

165873.1   DECLARATION OF CURTIS C. HOLMES II REGARDING INSURANCE

3. On August 21, 2008, CENTURY CITY DOCTORS HOSPITAL filed a Petition for Relief under Chapter 7 of Title II of the United States Code in the United States Bankruptcy Court, Case No. 2:08-23318-SB.

4. A true and correct copy of both the Notice of Bankruptcy filing by defendant, CENTURY CITY DOCTORS HOSPITAL filed in the *Miller* matter along with a copy of the Voluntary Petition filed at Bankruptcy Court by CENTURY CITY DOCTORS HOSPITAL attached hereto and marked collectively as Exhibit A.

5. Based on my personal knowledge as counsel representing CENTURY CITY DOCTORS HOSPITAL and my conversations with representatives of Zurich Insurance Company, it is my understanding that CENTURY CITY DOCTORS HOSPITAL has no self-insured retention with regard to the claim at issue in the *Miller* case and therefore, the Zurich Insurance Policy through Steadfast Insurance Company is primary insurance with limits of $1,000,000 for each medical incident and aggregate limit of $3,000,000.

6. A true and correct copy of the Declaration Page of the Zurich Policy in effect for the *Miller* claim is attached hereto and marked as Exhibit B.

7. As counsel for CENTURY CITY DOCTORS HOSPITAL, there is no opposition on behalf of CENTURY CITY DOCTORS HOSPITAL to plaintiff's Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C. Section 362.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of September, 2008, at Santa Ana, California.

CURTIS C. HOLMES II, Declarant

2

165873.1  DECLARATION OF CURTIS C. HOLMES II REGARDING INSURANCE

*EXHIBIT A*

FREDRICK M. BORGES, Bar No.: 158586
JOHN E. WEST, Bar No.: 89809
CURTIS C. HOLMES II, Bar No.: 128754
**BEAM, BROBECK, WEST, BORGES & ROSA LLP**
600 West Santa Ana Boulevard
Suite 1000
Santa Ana, California 92701-4586
Telephone: (714) 558-3944
Facsimile: (714) 568-0129

Attorneys for Defendant
Century City Doctors Hospital

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

AUG 2 9 2008

John A. Clarke, Executive Officer/Clerk

By B. Hall, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, WEST DISTRICT

WEST LOS ANGELES COURTHOUSE

| | |
|---|---|
| HARVEY MILLER and KAREN BERLINER,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY CITY DOCTORS HOSPITAL; BRAD L. PENENBERG; BRAD L. PENENBERG, M.D., a professional corporation; WRIGHT MEDICAL TECHNOLOGY, INC.; and DOES 1 - 300, inclusive,<br><br>Defendants. | CASE NO. SC096214<br><br>JUDGE ALLAN J. GOODMAN<br>DEPARTMENT: H<br><br>**NOTICE OF BANKRUPTCY FILING BY DEFENDANT CENTURY CITY DOCTORS HOSPITAL**<br><br>Complaint Filed: November 30, 2007 |

Defendant Century City Doctors Hospital hereby gives notice that on August 21, 2008 it filed a Petition for Relief under Chapter 7 of Title 11 of the *United States Code* in the United States Bankruptcy Court, Case No. 2:08-23318-SB. A copy of the Voluntary Petition is attached as Exhibit 1 hereto.

DATED: August 27, 2008    BEAM, BROBECK, WEST, BORGES & ROSA LLP

By: _____
FREDRICK M. BORGES
JOHN E. WEST
CURTIS C. HOLMES II
Attorneys for Defendant
Century City Doctors Hospital

1
NOTICE OF BANKRUPTCY FILING BY DEFENDANT
CENTURY CITY DOCTORS HOSPITAL

165069.1

**EXHIBIT 1**

B 1 (Official Form 1) (1/08)

## United States Bankruptcy Court

| Name of Debtor (if individual, enter Last, First, Middle):<br>Century City Doctors Hospital, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>2070 Century Park East<br>Los Angeles, CA   ZIP CODE 90067 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>2070 Century Park East<br>Los Angeles, CA   ZIP CODE 90067 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [X] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Century City Doctors Hospital, LLC |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>[ ] Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date)<br>Jeffrey Lee Costell |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

[X] Yes, and Exhibit C is attached and made a part of this petition.

[ ] No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

[ ] Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

[ ] Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

[ ] Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

[ ] Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

[ ] Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

[ ] Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

[ ] Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Name of Debtor(s): Century City Doctors Hospital, LLC |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _[signature]_
Signature of Attorney for Debtor(s)
Jeffrey Lee Costell
Printed Name of Attorney for Debtor(s)
Costell & Cornelius Law Corp
Firm Name
1299 Ocean Ave., Suite 400
Address
Santa Monica, CA 90401

310-458-5959
Telephone Number
August 21, 2008
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Authorized Individual
Pat Wolfram
Printed Name of Authorized Individual
Chief Executive Officer
Title of Authorized Individual
August 21, 2008
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Page 3

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at Beam, Brobeck, West, Borges & Rosa LLP, 600 West Santa Ana Boulevard, Suite 1000, Santa Ana, California 92701-4586.

On **August 28, 2008**, I served the foregoing document described as: **NOTICE OF BANKRUPTCY FILING BY DEFENDANT CENTURY CITY DOCTORS HOSPITAL** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

### ***SEE ATTACHED LIST***

**BY MAIL** I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Beam, Brobeck, West, Borges & Rosa LLP in Santa Ana, California on August 28, 2008. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices. Service made pursuant to CCP § 1013a(3), upon motion of a party served, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

**State** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on **August 28, 2008**, at Santa Ana, California.

Sheila Mendrin _____
(Signature)

2
NOTICE OF BANKRUPTCY FILING BY DEFENDANT

# SERVICE LIST

Case Name: *Miller v. Century City Doctors Hospital, et al.*
Case Number: LASC SC096214
Our File Number: ZA106-FMB/JEW/CCH

Michael A. K. Dan, Esq.
Michael A. K. Dan, APC
1990 S. Bundy Drive, #540
Los Angeles, CA 90025
Telephone Number: 310/979-0325
Fax Number: 310/979-7329
Email: mdan@makdlaw.com
*Attorneys for Plaintiffs Harvey Miller and Karen Berliner*

Michael A. Zuk, Esq.
Sue S. Sawkar, Esq.
Herzfeld & Rubin LLP
1925 Century Park East, #600
Los Angeles, CA 90067
Telephone Number: 310/553-0451
Fax Number: 310/553-0648
*Attorneys for Defendants Brad L. Penenberg, Brad L. Penenberg, M.D., a professional corporation*

Brian J. Mooney, Esq.
Brett T. Moroney, Esq.
Edward R. Fitzgerald, Esq.
Gordon & Rees LLP
275 Battery St., #2000
San Francisco, CA 94111
Telephone Number: 415/986-5900
Fax Number: 415/986-8054
*Attorneys for Defendant Wright Medical Technology, Inc.*

*EXHIBIT B*

# Declarations – Health Care Liability Policy



**STEADFAST INSURANCE COMPANY**
Dover, Delaware
Administrative Offices - 1400 American Lane
Schaumburg, Illinois 60196-1056

| | | | |
|---|---|---|---|
| **Policy Number:** | HPC 9261820 00 | **Producer:** | Lockton Companies LLC |
| **Replaces:** | New | | 725 S Figueroa St Fl 35 |
| | | | Los Angeles, CA 90017-5524 |

In consideration for the payment of premium and subject to all the provisions of this policy, we agree with you to provide the Insurance as stated in this policy.

Item 1. **Named Insured:** Century City Doctors Hospital, L.P.

Item 2. **Mailing Address:** 2070 Century Park E
Los Angeles, CA 90067-1907

Item 3. **Form of Business:** ☐ Individual ☐ Partnership ☐ Joint Venture
☒ Organization (Other than Partnership or Joint Venture)

Item 4. **Business Description:**
Item 5. **"Policy Period":** From: 09/01/2007 To: 09/01/2008
12:01 a.m. local time at the address shown in Item 2.

Item 6. **Limits of Insurance:**
This Policy Provides for the Limits of Insurance below.

A. Health Care Professional Liability
See Section IV. of the Health Care Professional Liability Coverage Part for a description of the Limits of Insurance.
Each Medical Incident Limit: $1,000,000
Aggregate Limit: $3,000,000

B. Commercial General Liability
See Section IV. of the Commercial General Liability Coverage Part for a description of the Limits of Insurance.
General Aggregate Limit: $3,000,000
(Other than Products-Completed Operations)
Products-Completed Operations Aggregate Limit: $3,000,000
Personal and Advertising Injury Limit: $1,000,000
Each Occurrence Limit: $1,000,000
Damages to Premises Rented to You Limit: $50,000 Any One Premises
Medical Expense Limit: $Not Covered Any One Person

Item 7. **Retroactive Date:** 09/01/05
(The Retroactive Date is only applicable to Claims Made Coverage Parts.)

This Insurance does not apply to any "Bodily Injury", "Property Damage", or to any injury caused by any offense or "Medical Incident" which occurs before the Retroactive Date shown above.

Item 8. **Advance Premium:** $325,347
Item 9. **Premium for "Policy Period":** $325,347
Item 10. **Minimum Earned Premium:** $81,337
Item 11. **Endorsements Effective At Inception:** Reference Schedule of Forms and Endorsement

Signed by:_____     _____
Authorized Representative                     Date

|                | PROOF OF SERVICE BY MAIL |
|---|---|
|                | CCP 1013A, 2015.5 |

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1990 South Bundy Drive, Suite 540, Los Angeles, California 90025.

On the date indicated below, I served the document described below on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) with the postage thereon fully prepaid AND CERTIFIED, at Los Angeles, California and addressed as indicated below:

**Document Served:**     **DECLARATION OF CURTIS C. HOLMES REGARDING INSURANCE**

**Counsel Served:**     **SEE ATTACHED MAILING LIST**

__X__ **(By Regular Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing affidavit.

_____ **(By Personal Service)** I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

_____ **(By Facsimile Transmission)** I transmitted to the above-named persons, at the fax numbers so indicated, the above-listed documents, pursuant to Rule 2.303. The facsimile machine that I used complies with Rule 2.301 and no error was reported by the machine. Pursuant to Rule 2.303, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Los Angeles, California on September 22, 2008

_____
JAN HANSEN

Century City Doctors Hospital
2070 Century Park East
Los Angeles, CA 90067

Jeffrey Lee Costell
Costell & Cornelius
1299 Ocean Avenue, Suite 400
Santa Monica, CA 90401

Office of the United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

Richard Diamond
Danning, Gill et al
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067-2904

Michael Zuk
Sue Sawkar
HERZFELD & RUBIN LLP
1925 Century Park East #600
Los Angeles, CA 90067-0648

Brian Mooney
Brett Moroney
Edward Fitzgerald
GORDON & REES LLP
275 Battery Street #2000
San Francisco, CA 94111

Fred Borges
BEAM, BROBECK, WEST, BORGES & ROSA LLP
600 W. Santa Ana Boulevard #1000
Santa Ana, CA 92701-4586

**Proof of Service**
[C.C.P. Sections 1013a and 2015.5)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1925 Century Park East, Suite 1360, Los Angeles, California 90067.

On March 10, 2009, I served the document(s) entitled, **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (BEATRIX GORELICK)**, on the interested parties in this action, by placing true copies thereof in sealed envelopes addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

[ X ] BY MAIL: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited within the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[ ] BY FACSIMILE: From facsimile number 310-550-9051, I caused each document to be transmitted by facsimile machine, to the parties and numbers indicated above, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 1008(e)(4), I caused the machine to print a record of the transmission, a copy of which is attached hereto.

[ ] BY FEDEX: On the above-mentioned date, I placed a true copy of the above-mentioned document(s), together with an unsigned copy of this declaration, in a sealed envelope or package designated by Federal Express, with delivery fees paid or provided for, addressed to the person(s) as indicated above, and deposited same in a box or other facility regularly maintained by Federal Express to receive documents.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on March 10, 2009 at Los Angeles, California.

_____
Elvira R. de la Rosa

PROOF OF SERVICE

# SERVICE LIST
## In re Century City Doctors Hospital
### Bankruptcy Petition #: 2:08-bk-23318-SB

Richard K. Diamond
Danning, Gill, Diamond & Kolitz
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067
Tel.: (310) 201-2482
*Trustee*

John N. Tedford
Danning Gill Diamond & Kolitz
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067
Tel. (310) 277-0077
Email: HKollitz@DGDK.Com
*Counsel for Trustee*

Jeffrey Lee Costell
1299 Ocean Avenue, Suite 400
Santa Monica, CA 90401-1007
Tel. (310) 458-5959
Email: jlcostell@costell-law.com
*Counsel for Debtor*

Grobstein Horwatch & Company
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403
*Counsel for Trustee*

Century City Doctors Hospital, LLC
2070 Century Park East
Los Angeles, CA 90067
*Debtor*

United States Trustee
Office of the United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

PROOF OF SERVICE