| Creditor:          (20659896)<br>BRADFORD, BEVERLYN<br>4145 OLYMPIAD DRIVE<br>LOS ANGELES, CA 90043 | Claim No: 64<br>Original Filed Date: 10/03/2008<br>Original Entered Date: 10/09/2008 | Status:<br>Filed by: CR<br>Entered by: Nancy Vandensteen<br>Modified: |
|---|---|---|

| Amount | claimed: | $7808.04 | |||
| Unknown | claimed: | $7808.04 | |||

| History: |
|---|
| Details | 64-1 | 10/03/2008 | Claim #64 filed by BRADFORD, BEVERLYN, Amount claimed: $7808.04 (Vandensteen, Nancy) |

Description: (64-1) Wages Earned

Remarks:

---

| Creditor:          (20660255)<br>ROBERTS, CHRISTOPHER A.<br>6132 LONDON AVE.<br>ALTA LOMA, CA 91737 | Claim No: 65<br>Original Filed Date: 10/03/2008<br>Original Entered Date: 10/10/2008 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $980.00 | |||
| Unsecured | claimed: | $980.00 | |||

| History: |
|---|
| Details | 65-1 | 10/03/2008 | Claim #65 filed by ROBERTS, CHRISTOPHER A., Amount claimed: $980.00 (Garcia, Rolando) |

Description: Wage

Remarks:

---

| Creditor:          (20660137)<br>MARTIN, ELFRIEDE J<br>4316 W. 58TH PLACE<br>LOS ANGELES, CA 90043 | Claim No: 66<br>Original Filed Date: 10/03/2008<br>Original Entered Date: 10/10/2008 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $2720.82 | |||
| Priority | claimed: | $2720.82 | |||

| History: |
|---|
| Details | 66-1 | 10/03/2008 | Claim #66 filed by MARTIN, ELFRIEDE J, Amount claimed: $2720.82 (Garcia, Rolando) |

Description: Wage

Remarks:

---

| History: |
|---|
| Details | 67-1 | 10/06/2008 | Claim #67 filed by GE MEDICAL SYSTEMS INFORMATION TECHNOLOGIES,INC., Amount claimed: $180451.69 (Garcia, Rolando) |
| Details | 67-2 | 04/11/2011 | Amended Claim #67 filed by GE MEDICAL SYSTEMS INFORMATION TECHNOLOGIES,INC., Amount claimed: $188451.69 (Banderas (Barrera), Cynthia) |

Description:

Remarks:

---

| Creditor: (21609211) History | Claim: 67 | Status: |
|---|---|---|
| GE MEDICAL SYSTEMS INFORMATION TECHNOLOGIES,INC. C/O KENNETH R. REYNOLDS 2020 HURLEY WAY STE 210 SACRAMENTO, CA 95825 | Original Filed Date: 10/06/2008 Original Entered Date: 10/10/2008 Last Amendment Filed: 04/11/2011 Last Amendment Entered: 04/12/2011 | Filed by: CR Entered by: Cynthia Banderas (Barrera) Modified: |

| Amount | claimed: | $188451.69 | |
|---|---|---|---|
| Unsecured | claimed: | $188451.69 | |

History:

| Details | 67-1 | 10/06/2008 | Claim #67 filed by GE MEDICAL SYSTEMS INFORMATION TECHNOLOGIES,INC., Amount claimed: $180451.69 (Garcia, Rolando) |
|---|---|---|---|
| Details | 67-2 | 04/11/2011 | Amended Claim #67 filed by GE MEDICAL SYSTEMS INFORMATION TECHNOLOGIES,INC., Amount claimed: $188451.69 (Banderas (Barrera), Cynthia) |

Description:

Remarks:

---

| Creditor: (20660130) | Claim No: 68 | Status: |
|---|---|---|
| MALDONADO, NESTOR E. 10919 HOBACK ST. NORWALK, CA 90650 | Original Filed Date: 10/06/2008 Original Entered Date: 10/14/2008 | Filed by: CR Entered by: Rolando Garcia Modified: |

| Amount | claimed: | $2880.00 | |
|---|---|---|---|
| Unsecured | claimed: | $2880.00 | |

History:

| Details | 68-1 | 10/06/2008 | Claim #68 filed by MALDONADO, NESTOR E., Amount claimed: $2880.00 (Garcia, Rolando) |
|---|---|---|---|

Description: Wage

Remarks:

---

| Creditor: (21667785) | Claim No: 69 | Status: |
|---|---|---|
| ARENT FOX LLP C/O JEFFREY N ROTHLEDER 1050 CONNECTICUT AVE NW WASHINGTON, DC 20036 | Original Filed Date: 10/07/2008 Original Entered Date: 10/14/2008 | Filed by: CR Entered by: Rolando Garcia Modified: |

| Amount | claimed: | $70256.73 | |
|---|---|---|---|
| Unknown | claimed: | $70256.73 | |

History:

| Details | 69-1 | 10/07/2008 | Claim #69 filed by ARENT FOX LLP, Amount claimed: $70256.73 (Garcia, Rolando) |
|---|---|---|---|

Description: Unsec

Remarks:

| Creditor: (21669832)<br>BEATRIX GORELICK<br>JEFFREY D WOLF<br>1925 CENTURY PARK E STE 1360<br>LOS ANGELES, CA 90067 | Claim No: 70<br>Original Filed Date: 10/09/2008<br>Original Entered Date: 10/15/2008 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $750000.00 | |||
|---|---|---|---|
| Unknown | claimed: | $750000.00 | |||

**History:**

| Details | | 70-1 | 10/09/2008 | Claim #70 filed by BEATRIX GORELICK, Amount claimed: $750000.00 (Garcia, Rolando) |
|---|---|---|---|---|

Description: UMER

Remarks:

---

| Creditor: (21675956)<br>ALPHATEC SPINE INC<br>5818 EL CAMINO REAL<br>CARLSBAD, CA 92008 | Claim No: 71<br>Original Filed Date: 10/14/2008<br>Original Entered Date: 10/16/2008 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $29622.00 | |||
|---|---|---|---|
| Unknown | claimed: | $29622.00 | |||

**History:**

| Details | | 71-1 | 10/14/2008 | Claim #71 filed by ALPHATEC SPINE INC, Amount claimed: $29622.00 (Garcia, Rolando) |
|---|---|---|---|---|

Description: UMER

Remarks:

---

| Creditor: (21901751)<br>ATC HEALTHCARE SVCS<br>MARTIN F GOLDMAN<br>10880 WILSHIRE BL SGE 2240<br>LOS ANGELES, CA 90024 | Claim No: 72<br>Original Filed Date: 10/17/2008<br>Original Entered Date: 10/17/2008 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $83706.87 | |||
|---|---|---|---|
| Unknown | claimed: | $83706.87 | |||

**History:**

| Details | | 72-1 | 10/17/2008 | Claim #72 filed by ATC HEALTHCARE SVCS, Amount claimed: $83706.87 (Garcia, Rolando) |
|---|---|---|---|---|

Description: UMER

Remarks:

---

**History:**

| Details | | 73-1 | 10/17/2008 | Claim #73 filed by HILL-ROM CO, Amount claimed: $21410.78 (Garcia, Rolando) |
|---|---|---|---|---|

Description:

Remarks:

---

| Creditor: (22326182)<br>HILL-ROM CO<br>1069 STATE ROUTE 46 E<br>BATESVILLE, IN 47006 | Claim No: 73<br>Original Filed Date: 10/17/2008<br>Original Entered Date: 10/21/2008 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $21410.78 | ||| |
|---|---|---|---|
| Unknown | claimed: | $21410.78 | ||| |

History:

| Details | | 73-1 | 10/17/2008 | Claim #73 filed by HILL-ROM CO, Amount claimed: $21410.78 (Garcia, Rolando) |
|---|---|---|---|---|

Description: Unscc

Remarks:

---

| Creditor: (22327981)<br>MARCANTAUSSIE INC<br>24/7 STAFFING SOLUTIONS<br>4510 E PACIFIC COAST HWY #240<br>LONG BEACH, CA 90804 | Claim No: 74<br>Original Filed Date: 10/20/2008<br>Original Entered Date: 10/21/2008 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $38416.00 | ||| |
|---|---|---|---|
| Unknown | claimed: | $38416.00 | ||| |

History:

| Details | | 74-1 | 10/20/2008 | Claim #74 filed by MARCANTAUSSIE INC, Amount claimed: $38416.00 (Garcia, Rolando) |
|---|---|---|---|---|

Description: Unsc

Remarks:

---

| Creditor: (22331193)<br>FEDEX CUSTOMER<br>INFORMATION SERVICE<br>ATTN: REVENUE<br>RECOVERY/BANKRUPTCY<br>3965 ARIWAYS BLVD MODULE G<br>3RD FL<br>MEMPHIS TN 38116 | Claim No: 75<br>Original Filed Date: 10/17/2008<br>Original Entered Date: 10/22/2008 | Status:<br>Filed by: CR<br>Entered by: Laura Quintanar<br>Modified: |
|---|---|---|

| Amount | claimed: | $7344.41 | ||| |
|---|---|---|---|
| Unsecured | claimed: | $7344.41 | ||| |

History:

| Details | | 75-1 | 10/17/2008 | Claim #75 filed by FEDEX CUSTOMER INFORMATION SERVICE, Amount claimed: $7344.41 (Quintanar, Laura) |
|---|---|---|---|---|

Description:

Remarks:

| Creditor:          (22331522)<br>EVELYN MONTOYA<br>4543 W 173RD ST #1<br>LAWNDALE, CA 90260 | Claim No: 76<br>Original Filed Date: 10/20/2008<br>Original Entered Date: 10/22/2008 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

No amounts claimed   $1886.49

| History: | | | |
|---|---|---|---|
| Details | 76-1 | 10/20/2008 | Claim #76 filed by EVELYN MONTOYA, Amount claimed: (Garcia, Rolando) |

Description: Wage

Remarks:

---

| Creditor:          (20660202)<br>ONG, ROSEMARIE<br>713 NO. LAMER STREET<br>BURBANK, CA 91506 | Claim No: 77<br>Original Filed Date: 10/23/2008<br>Original Entered Date: 10/23/2008 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: |
|---|---|---|

| Amount | claimed: | $720.00 | |
|---|---|---|---|
| Unknown | claimed: | $720.00 | |

| History: | | | |
|---|---|---|---|
| Details | 77-1 | 10/23/2008 | Claim #77 filed by ONG, ROSEMARIE, Amount claimed: $720.00 (Toliver, Wanda) |

Description: Wage

Remarks:

---

| Creditor:          (20661093)<br>MUSCULOSKELETAL<br>TRANSPLANT FND<br>125 MAY STREET<br>EDISON, NJ 8837 | Claim No: 78<br>Original Filed Date: 10/23/2008<br>Original Entered Date: 10/23/2008 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: |
|---|---|---|

| Amount | claimed: | $134243.77 | |
|---|---|---|---|
| Unsecured | claimed: | $134243.77 | |

| History: | | | |
|---|---|---|---|
| Details | 78-1 | 10/23/2008 | Claim #78 filed by MUSCULOSKELETAL TRANSPLANT FND, Amount claimed: $134243.77 (Toliver, Wanda) |

Description:

Remarks:

---

| Creditor:          (22361770)<br>Premium Registry Network<br>Atkinson, Adelson, Loya, Ruud &<br>Romo | Claim No: 79<br>Original Filed Date: 10/28/2008<br>Original Entered Date: 10/28/2008 | Status:<br>Filed by: CR<br>Entered by: Helen R Frazer<br>Modified: |
|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 79-1 | 10/28/2008 | Claim #79 filed by Premium Registry Network, Amount claimed: $103163.00 (Frazer, Helen) |

Description: (79-1) personel services

Remarks:

---

17871 Park Plaza Dr
Cerritos, CA 90703

| Amount | claimed: | $103163.00 | |
| Unsecured | claimed: | $103163.00 | |

History:

| Details | 79-1 | 10/28/2008 | Claim #79 filed by Premium Registry Network, Amount claimed: $103163.00 (Frazer, Helen) |

Description: (79-1) personel services

Remarks:

---

| Creditor: (22364478)<br>OTILIA CASTILLO<br>10019 MUROC ST APT 7<br>BELLFLOWER, CA 90706 | Claim No: 80<br>Original Filed Date: 10/27/2008<br>Original Entered Date: 10/29/2008 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |

| Amount | claimed: | $594.28 | |
| Unknown | claimed: | $594.28 | |

History:

| Details | 80-1 | 10/27/2008 | Claim #80 filed by OTILIA CASTILLO, Amount claimed: $594.28 (Garcia, Rolando) |

Description: Wage

Remarks:

---

| Creditor: (22401451)<br>Richardson & Patel, LLP<br>10900 Wilshire Blvd.<br>Suite 500<br>Los Angeles, CA 90024 | Claim No: 81<br>Original Filed Date: 11/05/2008<br>Original Entered Date: 11/05/2008 | Status:<br>Filed by: CR<br>Entered by: Christina Erickson<br>Modified: |

| Amount | claimed: | $41635.31 | |
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $41635.31 | |

History:

| Details | 81-1 | 11/05/2008 | Claim #81 filed by Richardson & Patel, LLP, Amount claimed: $41635.31 (Erickson, Christina) |

Description: (81-1) Unpaid Legal Fees

Remarks:

---

History:

| Details | 82-1 | 11/05/2008 | Claim #82 filed by SASHA NEIMAN, Amount claimed: $1000000.00 (Garcia, Rolando) |

Description:

Remarks:

| Creditor:        (22542248)<br>SASHA NEIMAN<br>C/O STEVEN C GLICKMAN<br>9460 WILSHIRE BL STE 830<br>BEVERLY HILLS, CA 90212 | Claim No: 82<br>*Original Filed Date*: 11/05/2008<br>*Original Entered Date*: 11/10/2008 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Rolando Garcia<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $1000000.00 | |
|---|---|---|---|
| Unsecured | claimed: | $1000000.00 | |

History:

| Details | 82-1 | 11/05/2008 | Claim #82 filed by SASHA NEIMAN, Amount claimed: $1000000.00 (Garcia, Rolando) |
|---|---|---|---|

Description:

Remarks:

---

| Creditor:        (20661363)    History<br>WONDERLIC INC<br>1795 N BUTTERFIELD ROAD<br>LIBERTYVILLE, IL 60048 | Claim No: 83<br>*Original Filed Date*: 10/31/2008<br>*Original Entered Date*: 11/12/2008 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $7085.50 | |
|---|---|---|---|
| Unknown | claimed: | $7085.50 | |

History:

| Details | 83-1 | 10/31/2008 | Claim #83 filed by WONDERLIC INC, Amount claimed: $7085.50 (Toliver, Wanda) |
|---|---|---|---|

Description: WMKc

Remarks:

---

| Creditor:        (20660139)<br>MARTINEZ, ALBERTO<br>6907 GOODLAND AVE.<br>NORTH HOLLYWOOD, CA<br>91605 | Claim No: 84<br>*Original Filed Date*: 11/10/2008<br>*Original Entered Date*: 11/13/2008 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Rolando Garcia<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $5424.38 | |
|---|---|---|---|
| Priority | claimed: | $5424.38 | |

History:

| Details | 84-1 | 11/10/2008 | Claim #84 filed by MARTINEZ, ALBERTO, Amount claimed: $5424.38 (Garcia, Rolando) |
|---|---|---|---|

Description: Wag

Remarks:

---

History:

| Details | 85-1 | 11/18/2008 | Claim #85 filed by Dixie Diesel & Electric, Inc, Amount claimed: $22975.49 (Vandensteen, Nancy) |
|---|---|---|---|

Description:

Remarks:

UST Form 101-7-TFR (5/1/2011)                    *(Page: 382)*                                        **Exhibit C**

| Creditor: (22600748)<br>Dixie Diesel & Electric, Inc<br>3150 Maxson Rd<br>El Monte, CA 91732 | Claim No: 85<br>Original Filed Date: 11/18/2008<br>Original Entered Date: 11/21/2008 | Status:<br>Filed by: CR<br>Entered by: Nancy Vandensteen<br>Modified: |
|---|---|---|

| Amount | claimed: | $22975.49 | |
| Unknown | claimed: | $22975.49 | |

History:

| Details | | 85-1 | 11/18/2008 | Claim #85 filed by Dixie Diesel & Electric, Inc, Amount claimed: $22975.49<br>(Vandensteen, Nancy) |
|---|---|---|---|---|

Description: (*Ink*)

Remarks:

---

| Creditor: (22608661)<br>SKYTEL COMMUNICATIONS<br>500 CLINTON CTR DR STE 2300<br>CLINTON, MS 39056-5674 | Claim No: 86<br>Original Filed Date: 11/17/2008<br>Original Entered Date: 11/24/2008 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $1549.94 | |
| Unknown | claimed: | $1549.94 | |

History:

| Details | | 86-1 | 11/17/2008 | Claim #86 filed by SKYTEL COMMUNICATIONS, Amount claimed: $1549.94<br>(Garcia, Rolando) |
|---|---|---|---|---|

Description: *Inkr*

Remarks:

---

| Creditor: (22619099)<br>ST JUDE MEDICAL<br>ATTN MELISSA BOURQUE<br>807 LAS CIMAS PKWY STE 400<br>AUSTIN, TX 78746 | Claim No: 87<br>Original Filed Date: 11/20/2008<br>Original Entered Date: 11/25/2008 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $131156.16 | |
| Unknown | claimed: | $131156.16 | |

History:

| Details | | 87-1 | 11/20/2008 | Claim #87 filed by ST JUDE MEDICAL, Amount claimed: $131156.16<br>(Garcia, Rolando) |
|---|---|---|---|---|

Description: (*Inkr*)

Remarks:

---

| Creditor: (22692826)<br>BUSH INTERIORS INC | Claim No: 88<br>Original Filed Date: 12/01/2008 | Status:<br>Filed by: CR |
|---|---|---|

History:

| Details | | 88-1 | 12/01/2008 | Claim #88 filed by BUSH INTERIORS INC, Amount claimed: $128225.98<br>(Garcia, Rolando) |
|---|---|---|---|---|

Description:

Remarks:

| 624 N WEST KNOLL DR<br>W HOLLYWOOD, CA 90069 | *Original Entered Date*: 12/10/2008 | *Entered by:* Rolando Garcia<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $128225.98 | |||
|---|---|---|---|
| Unknown | claimed: | $128225.98 | |||

**History:**

| Details | 88-1 | 12/01/2008 | Claim #88 filed by BUSH INTERIORS INC, Amount claimed: $128225.98 (Garcia, Rolando) |
|---|---|---|---|

*Description:* Unecl

*Remarks:*

---

| *Creditor:* (22817373)<br>MATT CONSTRUCTION CORP<br>TIMOTHY L PIERCE<br>10100 STA MONICA BL 7TH FL<br>LOS ANGELES, CA<br>90067  Claimant History | **Claim No: 89**<br>*Original Filed Date*: 12/18/2008<br>*Original Entered Date*: 12/18/2008<br>*Last Amendment Filed*: 10/06/2009<br>*Last Amendment Entered*: 10/06/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Michael J Heyman<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $5984099.89 | |||
|---|---|---|---|
| Unknown | claimed: | $5984099.89 | |||

**History:**

| Details | 89-1 | 12/18/2008 | Claim #89 filed by MATT CONSTRUCTION CORPORATION, Amount claimed: $5407328.16 (Heyman, Michael) |
|---|---|---|---|
| Details | 89-2 | 10/06/2009 | Amended Claim #89 filed by MATT CONSTRUCTION CORP, Amount claimed: $5984099.89 (Heyman, Michael) |

*Description:* (89-1) Arbitration Award
(89-2) Arbitration Award

*Remarks:* Unecl

---

| *Creditor:* (22763542)<br>Theken Spine, LLC<br>1800 Triplett Blvd<br>Akron, OH 44306 | **Claim No: 90**<br>*Original Filed Date*: 12/03/2008<br>*Original Entered Date*: 12/26/2008 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Valerie Moody<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $42450.00 | |||
|---|---|---|---|
| Secured | claimed: | $42450.00 | |||

**History:**

| Details | 90-1 | 12/03/2008 | Claim #90 filed by Theken Spine, LLC, Amount claimed: $42450.00 (Moody, Valerie) |
|---|---|---|---|

*Description:*

*Remarks:*

---

**History:**

| Details | 91-1 | 12/30/2008 | Claim #91 filed by Synthes, USA, Amount claimed: $862391.56 (Buckley, Mike) |
|---|---|---|---|

*Description:* (91-1) Judgment

*Remarks:* w) Ordon per Order 6. 10/12/10

---

| Creditor: (22772910)<br>Synthes, USA<br>1302 Wrights Lane East<br>West Chester, PA 19380 | Claim No: 91<br>Original Filed Date: 12/30/2008<br>Original Entered Date: 12/30/2008 | Status:<br>Filed by: CR<br>Entered by: Mike C Buckley<br>Modified: |
|---|---|---|

| Amount | claimed: | $862391.56 | |
| Secured | claimed: | $862391.56 | |

History:

| Details | | 91-1 | 12/30/2008 | Claim #91 filed by Synthes, USA, Amount claimed: $862391.56 (Buckley, Mike) |

Description: (91-1) Judgment

Remarks:

---

| Creditor: (22800603)<br>DUNBAR ARMORED<br>50 SCHILLING RD<br>HUNT VALLEY, MO 21015 | Claim No: 92<br>Original Filed Date: 12/11/2008<br>Original Entered Date: 01/07/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $1230.50 | |
| Unsecured | claimed: | $1230.50 | |

History:

| Details | | 92-1 | 12/11/2008 | Claim #92 filed by DUNBAR ARMORED, Amount claimed: $1230.50 (Garcia, Rolando) |

Description:

Remarks:

---

| Creditor: (22817054)<br>Hudson Specialty Ins. Co.<br>851 Napa Valley Corporate Way<br>Napa, CA 94558 | Claim No: 93<br>Original Filed Date: 01/08/2009<br>Original Entered Date: 01/12/2009 | Status:<br>Filed by: CR<br>Entered by: Sonny Milano<br>Modified: |
|---|---|---|

| Amount | claimed: | $64386.26 | |
| Priority | claimed: | $64386.26 | |

History:

| Details | | 93-1 | 01/08/2009 | Claim #93 filed by Hudson Specialty Ins. Co., Amount claimed: $64386.26 (Milano, Sonny) |

Description: Unsec

Remarks: Amended by #105

---

| Creditor: (22817373)<br>MATT CONSTRUCTION CORP<br>TIMOTHY L PIERCE | Claim No: 94<br>Original Filed Date: 12/19/2008<br>Original Entered Date: 01/12/2009 | Status:<br>Filed by: CR |
|---|---|---|

History:

| Details | | 94-1 | 12/19/2008 | Claim #94 filed by MATT CONSTRUCTION CORP, Amount claimed: $5407328.16 (Garcia, Rolando) |

Description: Unsec

Remarks:

---

| 10100 STA MONICA BL 7TH FL<br>LOS ANGELES, CA 90067 | | *Entered by:* Rolando Garcia<br>*Modified:* |
|---|---|---|
| Amount ‖claimed: ‖$5407328.16‖ ‖ | | |
| Unknown ‖claimed: ‖$5407328.16‖ ‖ | | |

| *History:* | | |
|---|---|---|
| Details ‖ 94-1 ‖12/19/2008‖Claim #94 filed by MATT CONSTRUCTION CORP, Amount claimed:<br>$5407328.16 (Garcia, Rolando) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:*        (22818621)<br>Catalina Imaging, Inc.<br>c/o Raymond A. Policar<br>Hauser & Mouzes<br>18826 N. Lower Sacramento Rd.,<br>Suite H<br>Woodbridge, CA 95258 | **Claim No: 95**<br>*Original Filed Date*: 01/12/2009<br>*Original Entered Date*: 01/12/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Raymond A Policar<br>*Modified:* |
|---|---|---|
| Amount ‖claimed: ‖$53213.29‖ ‖ | | |
| Unsecured ‖claimed: ‖$53213.29‖ ‖ | | |

| *History:* | | |
|---|---|---|
| Details ‖ 95-1 ‖01/12/2009‖Claim #95 filed by Catalina Imaging, Inc., Amount claimed: $53213.29<br>(Policar, Raymond) | | |
| *Description:* (95-1) Breach of Settlement Agreement | | |
| *Remarks:* | | |

| *Creditor:*        (20660633)<br>ACCURATE SURGICAL &<br>SCIENTIFIC CORP<br>300 SHAMES WAY<br>WESTBURY, NY 11590 | **Claim No: 96**<br>*Original Filed Date*: 12/29/2008<br>*Original Entered Date*: 01/14/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Rolando Garcia<br>*Modified:* |
|---|---|---|
| Amount ‖claimed: ‖$11527.29‖ ‖ | | |
| Secured ‖claimed: ‖$11527.29‖ ‖ | | |

| *History:* | | |
|---|---|---|
| Details ‖ 96-1 ‖12/29/2008‖Claim #96 filed by ACCURATE SURGICAL & SCIENTIFIC CORP, Amount<br>claimed: $11527.29 (Garcia, Rolando) | | |
| *Description:* _unser_ | | |
| *Remarks:* | | |

| | |
|---|---|
| *History:* | |
| Details ‖ 97-1 ‖12/29/2008‖Claim #97 filed by CITY OF LOS ANGELES, Amount claimed: $1319192.88<br>(Garcia, Rolando) | |
| *Description:* | |
| *Remarks:* | |

| Creditor:        (22833291)<br>CITY OF LOS ANGELES<br>OFF OF FINANCE TAX/PERMIT<br>DIV<br>201 N MAIN ST, RM 101 CITY<br>HALL<br>LOS ANGELES, CA 90012 | Claim No: 97<br>Original Filed Date: 12/29/2008<br>Original Entered Date: 01/15/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $1319192.88 | |
|---|---|---|---|
| Priority | claimed: | $1319192.88 | |

History:

| Details | 97-1 | 12/29/2008 | Claim #97 filed by CITY OF LOS ANGELES, Amount claimed: $1319192.88 (Garcia, Rolando) |
|---|---|---|---|

Description: *Vri tax*

Remarks:

---

| Creditor:        (20660936)<br>I-FLOW CORPORATION<br>20202 WINDROW DRIVE<br>LAKE FOREST, CA 92630 | Claim No: 98<br>Original Filed Date: 01/21/2009<br>Original Entered Date: 01/21/2009 | Status:<br>Filed by: CR<br>Entered by: Maria Patricia Mendoza<br>Modified: |
|---|---|---|

| Amount | claimed: | $24545.62 | |
|---|---|---|---|
| Unknown | claimed: | $24545.62 | |

History:

| Details | 98-1 | 01/21/2009 | Claim #98 filed by I-FLOW CORPORATION, Amount claimed: $24545.62 (Mendoza, Maria Patricia) |
|---|---|---|---|

Description: *MKC*

Remarks:

---

| Creditor:        (22855945)<br>SOLIANT HEALTH<br>1 INDEPENDENT DR STE 800<br>JACKSONVILLE, FL 32202 | Claim No: 99<br>Original Filed Date: 01/05/2009<br>Original Entered Date: 01/21/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $33835.85 | |
|---|---|---|---|
| Unsecured | claimed: | $33835.85 | |

History:

| Details | 99-1 | 01/05/2009 | Claim #99 filed by SOLIANT HEALTH, Amount claimed: $33835.85 (Garcia, Rolando) |
|---|---|---|---|

Description:

Remarks:

---

History:

| Details | 100-1 | 12/17/2008 | Claim #100 filed by SJM Industrial Radio, Amount claimed: $3585.60 (Moody, Valerie) |
|---|---|---|---|

Description:

Remarks:

---

| Creditor:        (22859422)<br>SJM Industrial Radio<br>1212 E Imperial Ave<br>El Segundo, Ca 90245 | Claim No: 100<br>Original Filed Date: 12/17/2008<br>Original Entered Date: 01/22/2009 | Status:<br>Filed by: CR<br>Entered by: Valerie Moody<br>Modified: |
|---|---|---|

| Amount | claimed: | $3585.60 | ||| |
| Unknown | claimed: | $3585.60 | ||| |

**History:**

| Details | | 100-1 | 12/17/2008 | Claim #100 filed by SJM Industrial Radio, Amount claimed: $3585.60 (Moody, Valerie) |
|---|---|---|---|---|

Description: |m§c( )

Remarks:

---

| Creditor:        (22863668)<br>GOLD COAST JOINT BENEFITS<br>TRUST<br>RICHARD M SWARTZ<br>6300 WILSHIRE BL STE 2000<br>LOS ANGELES, CA 90048 | Claim No: 101<br>Original Filed Date: 01/05/2009<br>Original Entered Date: 01/22/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $19800.00 | ||| |
| Unknown | claimed: | $19800.00 | ||| |

**History:**

| Details | | 101-1 | 01/05/2009 | Claim #101 filed by GOLD COAST JOINT BENEFITS TRUST, Amount claimed: $19800.00 (Garcia, Rolando) |
|---|---|---|---|---|

Description: |m§c/ )

Remarks:

---

| Creditor:        (22866719)<br>BOSTON SCIENTIFIC CORP<br>ATTN JOYCE ALBERT<br>ONE BOSTON SCIENTIFIC PL<br>NATICK, MA 01760-1537 | Claim No: 102<br>Original Filed Date: 01/05/2009<br>Original Entered Date: 01/23/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $23005.89 | ||| |
| Unsecured | claimed: | $23005.89 | ||| |

**History:**

| Details | | 102-1 | 01/05/2009 | Claim #102 filed by BOSTON SCIENTIFIC CORP, Amount claimed: $23005.89 (Garcia, Rolando) |
|---|---|---|---|---|

Description:

Remarks:

---

**History:**

| Details | | 103-1 | 01/06/2009 | Claim #103 filed by OSWELL, NICOLE, Amount claimed: $1036.00 (Garcia, Rolando) |
|---|---|---|---|---|

Description:

Remarks:

---

| Creditor:          (20660209)<br>OSWELL, NICOLE<br>229 1/2 EL PORTO ST.<br>MANHATTAN BEACH, CA<br>90266 | Claim No: 103<br>Original Filed Date: 01/06/2009<br>Original Entered Date: 01/23/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount claimed: $1036.00 | |
| Priority claimed: $1036.00 | |

History:

| Details | 103-1 | 01/06/2009 | Claim #103 filed by OSWELL, NICOLE, Amount claimed: $1036.00 (Garcia, Rolando) |

Description: *page*

Remarks:

---

| Creditor:          (22933145)<br>Paystaff Pacific<br>1000 Corporate Center Dr Ste 350<br>Monterey Park Ca 91754 | Claim No: 104<br>Original Filed Date: 01/30/2009<br>Original Entered Date: 02/04/2009 | Status:<br>Filed by: CR<br>Entered by: William C. Kaaumoana, Jr.<br>Modified: |
|---|---|---|

| Amount claimed: $57063.00 | |
| Unknown claimed: $57063.00 | |

History:

| Details | 104-1 | 01/30/2009 | Claim #104 filed by Paystaff Pacific, Amount claimed: $57063.00 (Kaaumoana, William) |

Description: *WM &r/*

Remarks:

---

| Creditor:          (22817054)<br>Hudson Specialty Ins. Co.<br>851 Napa Valley Corporate Way<br>Napa, CA 94558 | Claim No: 105<br>Original Filed Date: 01/16/2009<br>Original Entered Date: 02/05/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount claimed: $64386.26 | |
| Unsecured claimed: $64386.26 | |

History:

| Details | 105-1 | 01/16/2009 | Claim #105 filed by Hudson Specialty Ins. Co., Amount claimed: $64386.26 (Garcia, Rolando) |

Description: *im &c*

Remarks:

---

| | |
|---|---|

History:

| Details | 106-1 | 01/20/2009 | Claim #106 filed by DHL Express (USA), Inc., Amount claimed: $8323.83 (Lomeli, Lydia R.) |

Description:

Remarks:

| Creditor:        (22982912)<br>DHL Express (USA), Inc.<br>Legal Department<br>P O Box 670227<br>Houston, TX 77267-0227 | Claim No: 106<br>Original Filed Date: 01/20/2009<br>Original Entered Date: 02/13/2009 | Status:<br>Filed by: CR<br>Entered by: Lydia R. Lomeli<br>Modified: |
|---|---|---|

| Amount | claimed: | $8323.83 | ||| |
| Unsecured | claimed: | $8323.83 | ||| |

| History: |
| Details | 106-1 | 01/20/2009 | Claim #106 filed by DHL Express (USA), Inc., Amount claimed: $8323.83 (Lomeli, Lydia R.) |
| Description: |
| Remarks: |

| Creditor:        (22993732)<br>EZ STAFFING INC<br>TOWLE DENISON<br>10866 WILSHIRE BL STE 600<br>LOS ANGELES, CA 90024 | Claim No: 107<br>Original Filed Date: 01/23/2009<br>Original Entered Date: 02/17/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $164487.63 | ||| |
| Unknown | claimed: | $164487.63 | ||| |

| History: |
| Details | 107-1 | 01/23/2009 | Claim #107 filed by EZ STAFFING INC, Amount claimed: $164487.63 (Garcia, Rolando) |
| Description: unfec |
| Remarks: |

| Creditor:        (20660105)<br>LAU, DEWI S.<br>253 S. MAPLE DRIVE<br>BEVERLY HILLS, CA 90212 | Claim No: 108<br>Original Filed Date: 02/02/2009<br>Original Entered Date: 02/24/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $465.00 | ||| |
| Unsecured | claimed: | $465.00 | ||| |

| History: |
| Details | 108-1 | 02/02/2009 | Claim #108 filed by LAU, DEWI S., Amount claimed: $465.00 (Garcia, Rolando) |
| Description: Wage |
| Remarks: |

| | |
|---|---|

| History: |
| Details | 109-1 | 02/02/2009 | Claim #109 filed by UBUNGEN, EDGARDO, Amount claimed: $2644.00 (Vanduvall, Renee) |
| Description: |
| Remarks: |

| Creditor: (20660329) | Claim No: 109 | Status: |
|---|---|---|
| UBUNGEN, EDGARDO | Original Filed Date: 02/02/2009 | Filed by: CR |
| 5237 SUMMER AVE. | Original Entered Date: 02/25/2009 | Entered by: Renee Vanduvall |
| LOS ANGELES, CA 90041 | | Modified: |

| Amount | claimed: | $2644.00 | |
|---|---|---|---|
| Unknown | claimed: | $2644.00 | |

History:

| Details | 109-1 | 02/02/2009 | Claim #109 filed by UBUNGEN, EDGARDO, Amount claimed: $2644.00 (Vanduvall, Renee) |
|---|---|---|---|

Description: *WAP*

Remarks:

---

| Creditor: (23325626) | Claim No: 110 | Status: |
|---|---|---|
| ALLIANCE PERFUSION INC | Original Filed Date: 02/24/2009 | Filed by: CR |
| ATTN RANDY MILLER | Original Entered Date: 03/12/2009 | Entered by: Rolando Garcia |
| 1981 SCENIC RIDGE DR | | Modified: |
| CHINO HILLS, CA 91709 | | |

| Amount | claimed: | $68099.44 | |
|---|---|---|---|
| Unknown | claimed: | $68099.44 | |

History:

| Details | 110-1 | 02/24/2009 | Claim #110 filed by ALLIANCE PERFUSION INC, Amount claimed: $68099.44 (Garcia, Rolando) |
|---|---|---|---|

Description: *Unsec*

Remarks: *Amended by Clm # 117*

---

| Creditor: (23406245) | Claim No: 111 | Status: |
|---|---|---|
| CARESTREAM HEALTH INC | Original Filed Date: 03/12/2009 | Filed by: CR |
| 150 VERONA STREET | Original Entered Date: 03/17/2009 | Entered by: Jane Fomocod |
| ROCHESTER, NY 14608 | | Modified: |

| Amount | claimed: | $33801.59 | |
|---|---|---|---|
| Unsecured | claimed: | $33801.59 | |

History:

| Details | 111-1 | 03/12/2009 | Claim #111 filed by CARESTREAM HEALTH INC, Amount claimed: $33801.59 (Fomocod, Jane) |
|---|---|---|---|

Description: *Unsec*

Remarks:

---

| Creditor: (23414658) | Claim No: 112 | Status: |
|---|---|---|
| Covidian (fka Tyco Healthcare / | Original Filed Date: 02/23/2009 | Filed by: CR |

History:

| Details | 112-1 | 02/23/2009 | Claim #112 filed by Covidian (fka Tyco Healthcare / Kendall), Amount claimed: $862.81 (Lomeli, Lydia R.) |
|---|---|---|---|

Description:

Remarks: *Unsec*

---

| Kendall)<br>15 Hampshire St<br>Mansfield, MA 02048 | | *Original Entered Date*: 03/18/2009 | *Entered by*: Lydia R. Lomeli<br>*Modified*: |
|---|---|---|---|
| Amount | claimed: $862.81 | | |
| Unknown | claimed: $862.81 | | |

| History: | | | |
|---|---|---|---|
| Details | 112-1 | 02/23/2009 | Claim #112 filed by Covidian (fka Tyco Healthcare / Kendall), Amount claimed: $862.81 (Lomeli, Lydia R.) |

| Description: |
|---|
| Remarks: |

---

| Creditor:   (23424070)<br>HRN Services, Inc.<br>Leader Gorham, LLP<br>1990 S. Bundy Drive, Suite 390<br>Los Angeles, CA 90025 | | **Claim No: 113**<br>*Original Filed Date*: 03/19/2009<br>*Original Entered Date*: 03/20/2009 | Status:<br>*Filed by*: CR<br>*Entered by*: Sonny Milano<br>*Modified*: |
|---|---|---|---|
| Amount | claimed: $1858910.92 | | |
| Unsecured | claimed: $1858910.92 | | |

| History: | | | |
|---|---|---|---|
| Details | 113-1 | 03/19/2009 | Claim #113 filed by HRN Services, Inc., Amount claimed: $1858910.92 (Milano, Sonny) |

| Description: |
|---|
| Remarks: |

---

| Creditor:   (23441297)<br>SIEMENS HEALTHCARE<br>DIAGNOSTICS<br>ATTN YESIM BRISBANE<br>500 GBC DR<br>NEWARK, DE 19714-6101 | | **Claim No: 114**<br>*Original Filed Date*: 03/23/2009<br>*Original Entered Date*: 03/24/2009 | Status:<br>*Filed by*: CR<br>*Entered by*: Rolando Garcia<br>*Modified*: |
|---|---|---|---|
| Amount | claimed: $66376.72 | | |
| Unsecured | claimed: $66376.72 | | |

| History: | | | |
|---|---|---|---|
| Details | 114-1 | 03/23/2009 | Claim #114 filed by SIEMENS HEALTHCARE DIAGNOSTICS, Amount claimed: $66376.72 (Garcia, Rolando) |

| Description: |
|---|
| Remarks: |

---

| | |
|---|---|
| | |

| History: | | | |
|---|---|---|---|
| Details | 115-1 | 04/02/2009 | Claim #115 filed by ZIMMER INC, Amount claimed: $302451.76 (Garcia, Rolando) |

| Description: |
|---|
| Remarks: |

| Creditor: (23520202) ZIMMER INC ATTN CATHERINE WALKER POB 708 1800 W CENTER ST MS 5162 WARSAW, IN 46580 | Claim No: 115 Original Filed Date: 04/02/2009 Original Entered Date: 04/03/2009 | Status: Filed by: CR Entered by: Rolando Garcia Modified: |
|---|---|---|

| Amount | claimed: | $302451.76 | |
| Unsecured | claimed: | $302451.76 | |

History:

| Details | 115-1 | 04/02/2009 | Claim #115 filed by ZIMMER INC, Amount claimed: $302451.76 (Garcia, Rolando) |

Description:

Remarks:

| Creditor: (23626593) Nova Med USA 4 Westchester Plaza Elmsford, NY 10523 | Claim No: 116 Original Filed Date: 04/14/2009 Original Entered Date: 04/22/2009 | Status: Filed by: CR Entered by: Herbert Seales Modified: |
|---|---|---|

| Amount | claimed: | $1376.97 | |
| Unknown | claimed: | $1376.97 | |

History:

| Details | 116-1 | 04/14/2009 | Claim #116 filed by Nova Med USA, Amount claimed: $1376.97 (Seales, Herbert) |

Description: (116-1) Goods Sold

Remarks: WMLC

| Creditor: (23325626) ALLIANCE PERFUSION INC ATTN RANDY MILLER 1981 SCENIC RIDGE DR CHINO HILLS, CA 91709 | Claim No: 117 Original Filed Date: 04/29/2009 Original Entered Date: 05/04/2009 | Status: Filed by: CR Entered by: Rolando Garcia Modified: |
|---|---|---|

| Amount | claimed: | $68099.44 | |
| Unknown | claimed: | $68099.44 | |

History:

| Details | 117-1 | 04/29/2009 | Claim #117 filed by ALLIANCE PERFUSION INC, Amount claimed: $68099.44 (Garcia, Rolando) |

Description: WMLC

Remarks:

History:

| Details | 118-1 | 05/15/2009 | Claim #118 filed by TORNIER INC, Amount claimed: $5829.95 (Garcia, Rolando) |

Description:

Remarks:

| Creditor: (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 118<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $5829.95 | |
| Unknown | claimed: | $5829.95 | |

History:

| Details | 118-1 | 05/15/2009 | Claim #118 filed by TORNIER INC, Amount claimed: $5829.95 (Garcia, Rolando) |

Description: (Msgr

Remarks:

| Creditor: (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 119<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $6751.27 | |
| Unknown | claimed: | $6751.27 | |

History:

| Details | 119-1 | 05/15/2009 | Claim #119 filed by TORNIER INC, Amount claimed: $6751.27 (Garcia, Rolando) |

Description: ( Msgr

Remarks:

| Creditor: (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 120<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $8392.75 | |
| Unknown | claimed: | $8392.75 | |

History:

| Details | 120-1 | 05/15/2009 | Claim #120 filed by TORNIER INC, Amount claimed: $8392.75 (Garcia, Rolando) |

Description: ( Msgr

Remarks:

History:

| Details | 121-1 | 05/15/2009 | Claim #121 filed by TORNIER INC, Amount claimed: $6130.40 (Garcia, Rolando) |

Description:

Remarks:

| Creditor:      (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 121<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |

| Amount | claimed: | $6130.40 | |||
|---|---|---|---|
| Unknown | claimed: | $6130.40 | |||

History:

| Details | 121-1 | 05/15/2009 | Claim #121 filed by TORNIER INC, Amount claimed: $6130.40 (Garcia, Rolando) |

Description: ⟨mⱤⱮ⟩

Remarks:

---

| Creditor:      (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 122<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |

| Amount | claimed: | $1477.45 | |||
|---|---|---|---|
| Unknown | claimed: | $1477.45 | |||

History:

| Details | 122-1 | 05/15/2009 | Claim #122 filed by TORNIER INC, Amount claimed: $1477.45 (Garcia, Rolando) |

Description: ⟨mⱤⱮ⟩

Remarks:

---

| Creditor:      (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 123<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |

| Amount | claimed: | $6137.68 | |||
|---|---|---|---|
| Unknown | claimed: | $6137.68 | |||

History:

| Details | 123-1 | 05/15/2009 | Claim #123 filed by TORNIER INC, Amount claimed: $6137.68 (Garcia, Rolando) |

Description: ⟨mⱤⱮ⟩

Remarks:

---

History:

| Details | 124-1 | 05/15/2009 | Claim #124 filed by TORNIER INC, Amount claimed: $8179.00 (Garcia, Rolando) |

Description:

Remarks:

---

UST Form 101-7-TFR (5/1/2011)          *(Page: 395)*                    **Exhibit C**

https://ecf.cacb.uscourts.gov/cgi-bin/SearchClaims.pl?309207123508368-L_1_0-1          6/19/2018

| Creditor:        (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 124<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $8179.00 | |
| Unknown | claimed: | $8179.00 | |

**History:**

| Details | 124-1 | 05/15/2009 | Claim #124 filed by TORNIER INC, Amount claimed: $8179.00 (Garcia, Rolando) |

Description: MMC

Remarks:

---

| Creditor:        (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 125<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $10687.03 | |
| Unknown | claimed: | $10687.03 | |

**History:**

| Details | 125-1 | 05/15/2009 | Claim #125 filed by TORNIER INC, Amount claimed: $10687.03 (Garcia, Rolando) |

Description: MMC

Remarks:

---

| Creditor:        (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 126<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $8850.00 | |
| Unknown | claimed: | $8850.00 | |

**History:**

| Details | 126-1 | 05/15/2009 | Claim #126 filed by TORNIER INC, Amount claimed: $8850.00 (Garcia, Rolando) |

Description: MMC

Remarks:

---

**History:**

| Details | 127-1 | 05/15/2009 | Claim #127 filed by TORNIER INC, Amount claimed: $6375.33 (Garcia, Rolando) |

Description:

Remarks:

---

| Creditor:          (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 127<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $6375.33 | |
|---|---|---|---|
| Unknown | claimed: | $6375.33 | |

**History:**

| Details | 127-1 | 05/15/2009 | Claim #127 filed by TORNIER INC, Amount claimed: $6375.33 (Garcia, Rolando) |
|---|---|---|---|

Description: UMKC

Remarks:

---

| Creditor:          (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 128<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $7359.89 | |
|---|---|---|---|
| Unknown | claimed: | $7359.89 | |

**History:**

| Details | 128-1 | 05/15/2009 | Claim #128 filed by TORNIER INC, Amount claimed: $7359.89 (Garcia, Rolando) |
|---|---|---|---|

Description: UMKC

Remarks:

---

| Creditor:          (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 129<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $8182.57 | |
|---|---|---|---|
| Unknown | claimed: | $8182.57 | |

**History:**

| Details | 129-1 | 05/15/2009 | Claim #129 filed by TORNIER INC, Amount claimed: $8182.57 (Garcia, Rolando) |
|---|---|---|---|

Description: UMKC

Remarks:

---

**History:**

| Details | 130-1 | 05/15/2009 | Claim #130 filed by TORNIER INC, Amount claimed: $6090.85 (Garcia, Rolando) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 130<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $6090.85 | |
| Unknown | claimed: | $6090.85 | |

History:

| Details | | 130-1 | 05/15/2009 | Claim #130 filed by TORNIER INC, Amount claimed: $6090.85 (Garcia, Rolando) |

Description: WMer

Remarks:

---

| Creditor: (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 131<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $8404.10 | |
| Unknown | claimed: | $8404.10 | |

History:

| Details | | 131-1 | 05/15/2009 | Claim #131 filed by TORNIER INC, Amount claimed: $8404.10 (Garcia, Rolando) |

Description: WMer

Remarks:

---

| Creditor: (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 132<br>Original Filed Date: 05/15/2009<br>Original Entered Date: 05/28/2009 | Status:<br>Filed by: CR<br>Entered by: Rolando Garcia<br>Modified: |
|---|---|---|

| Amount | claimed: | $7162.97 | |
| Unknown | claimed: | $7162.97 | |

History:

| Details | | 132-1 | 05/15/2009 | Claim #132 filed by TORNIER INC, Amount claimed: $7162.97 (Garcia, Rolando) |

Description: WMer

Remarks:

---

| | | |
|---|---|---|

History:

| Details | | 133-1 | 06/04/2009 | Claim #133 filed by BLUE CROSS OF CA, Amount claimed: (Koenig, Stuart) |

Description:

Remarks:

| Creditor:        (20660730)<br>BLUE CROSS OF CA<br>PO BOX 629<br>WOODLAND HILLS, CA 91365 | Claim No: 133<br>Original Filed Date: 06/04/2009<br>Original Entered Date: 06/04/2009 | Status:<br>Filed by: CR<br>Entered by: Stuart I Koenig<br>Modified: |
|---|---|---|

| No amounts claimed<br>□ |
|---|

History:

| Details | 133-1 | 06/04/2009 | Claim #133 filed by BLUE CROSS OF CA, Amount claimed: (Koenig, Stuart) |
|---|---|---|---|

Description: _Insc_

Remarks:

| Creditor:        (23718405)<br>Internal Revenue Service<br>Stop 5022<br>300 N. Los Angeles Street<br>Los Angeles, CA 90012 | Claim No: 134<br>Original Filed Date: 06/05/2009<br>Original Entered Date: 06/05/2009 | Status:<br>Filed by: CR<br>Entered by: Carolyn L Brown<br>Modified: |
|---|---|---|

| Amount | claimed: | $62875.14 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $100.00 | Pri tax |
| Unsecured | claimed: | $62775.14 | pen |

History:

| Details | 134-1 | 06/05/2009 | Claim #134 filed by Internal Revenue Service, Amount claimed: $62875.14 (Brown, Carolyn) |
|---|---|---|---|

Description:

Remarks:

| Creditor:        (24046890)<br>Littler Mendelson, PC<br>650 California St, 20th Fl<br>San Francisco, CA 94108 | Claim No: 135<br>Original Filed Date: 06/19/2009<br>Original Entered Date: 06/24/2009 | Status:<br>Filed by: CR<br>Entered by: Litaun Lewis<br>Modified: |
|---|---|---|

| Amount | claimed: | $8153.00 | |
|---|---|---|---|
| Unsecured | claimed: | $8153.00 | |

History:

| Details | 135-1 | 06/19/2009 | Claim #135 filed by Littler Mendelson, PC, Amount claimed: $8153.00 (Lewis, Litaun) |
|---|---|---|---|

Description:

Remarks:

| | | |
|---|---|---|

History:

| Details | 136-1 | 07/16/2009 | Claim #136 filed by Michael Schmitz, Amount claimed: $522.61 (Knox, Christelle) |
|---|---|---|---|

Description:

Remarks:

UST Form 101-7-TFR (5/1/2011)          *(Page: 399)*          **Exhibit C**

https://ecf.cacb.uscourts.gov/cgi-bin/SearchClaims.pl?309207123508368-L_1_0-1          6/19/2018

| Creditor: (24282513)<br>Michael Schmitz<br>749 Eisenhower Way<br>Simi Valley CA 93065 | Claim No: 136<br>Original Filed Date: 07/16/2009<br>Original Entered Date: 07/30/2009 | Status:<br>Filed by: CR<br>Entered by: Christelle Y. Knox<br>Modified: |
|---|---|---|

| Amount | claimed: | $522.61 | ||| |
|---|---|---|---|
| Unsecured | claimed: | $522.61 | ||| |

History:

| Details | 136-1 | 07/16/2009 | Claim #136 filed by Michael Schmitz, Amount claimed: $522.61 (Knox, Christelle) |
|---|---|---|---|

Description: overpayment

Remarks:

---

| Creditor: (23868326)<br>TORNIER INC<br>ATTN JOSEPH CAMERIERI<br>10750 CASH RD<br>STAFFORD, TX 77477 | Claim No: 137<br>Original Filed Date: 06/01/2009<br>Original Entered Date: 08/03/2009 | Status:<br>Filed by: CR<br>Entered by: Kandice Johnson<br>Modified: |
|---|---|---|

| Amount | claimed: | $4540.23 | ||| |
|---|---|---|---|
| Unsecured | claimed: | $4540.23 | ||| |

History:

| Details | 137-1 | 06/01/2009 | Claim #137 filed by TORNIER INC, Amount claimed: $4540.23 (Johnson, Kandice) |
|---|---|---|---|

Description: (137-1) Goods Sold

Remarks:

---

| Creditor: (24449280)<br>State Board of Equalization<br>Special Operations Branch MIC:55<br>P O Box 942879<br>Sacramento CA 94279-0055 | Claim No: 138<br>Original Filed Date: 07/14/2009<br>Original Entered Date: 08/19/2009 | Status:<br>Filed by: CR<br>Entered by: Rita Fentroy<br>Modified: 08/19/2009 |
|---|---|---|

| Amount | claimed: | $7294.14 | ||| |
|---|---|---|---|
| Priority | claimed: | $7294.14 | pr. tax |

History:

| Details | 138-1 | 07/14/2009 | Claim #138 filed by State Board of Equalization, Amount claimed: $7294.14 (Fentroy, Rita) |
|---|---|---|---|

Description:

Remarks:

---

| | |
|---|---|

History:

| Details | 139-1 | 06/15/2009 | Claim #139 filed by American Arbitration Association, Amount claimed: $6307.81 (Banderas (Barrera), Cynthia) |
|---|---|---|---|

Description:

Remarks:

**Exhibit C**